**IT IS ORDERED as set forth below:**



**Date: December 9, 2014**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Tim Charles Johnson, | ) | CASE NO. 14-60846 |
| Bessie Mae Johnson | ) | |
|     Debtors. | ) | JUDGE DIEHL |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tim Charles Johnson, | ) | |
| Bessie Mae Johnson | ) | |
|     Movants. | ) | |
| | ) | |
|                 vs. | ) | CONTESTED MATTER |
| | ) | |
| Suntrust Mortgage, Inc, | ) | |
|     Respondent. | ) | |

## <u>ORDER GRANTING DEBTORS' MOTION TO DETERMINE SECURED STATUS OF SUNTRUST MORTGAGE, INC.</u>

The Debtors' Motion to Determine Secured Status of Suntrust Mortgage, Inc. and To Strip Lien Effective upon Discharge came before this Court for hearing on November 12, 2014. The Debtors seek a determination that the second priority deed to secure debt on real property

located at 3312 Inns Brook Way Snellville, GA 30039 and held by Suntrust Mortgage, Inc. is completely unsecured, and because there is no value in the residence to which the second priority lien can attach, the claim is unsecured and the lien is void pursuant to 11 U.S.C. §§ 506(d) and 1322(b)(2). There being no opposition to the Motion, it is

**ORDERED** that the Motion is granted as set forth herein. It is

**FURTHER ORDERED** that, for purposes of Debtors' Chapter 13 case, any claim filed by or on behalf of Suntrust Mortgage, Inc. is allowed as a general unsecured claim. It is

**FURTHER ORDERED** that the lien on the Real Property held by Suntrust Mortgage, Inc. shall be deemed void with respect to the Debtors' interest in the Real Property and shall be extinguished automatically, without further court order, upon entry of the Debtors' discharge in this Chapter 13 case. In the event the Debtors' case is dismissed or converted, the lien of Suntrust Bank shall not be affected by this Order in accordance with 11 U.S.C. §349(b)(1)(C) or §348(f)(1)(b), as applicable.

The Clerk is directed to serve a copy of this Order upon all parties on the distribution list as provided by the Debtor's counsel and attached hereto, as well as all other creditors and parties in interest herein.

**IT IS SO ORDERED**.

**[END OF ORDER]**

Submitted by:

_____/s/_____
Lauren Drayton
Attorney for the Debtor
GA Bar No. 876061
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303
(678) 668-7160




No Opposition:

K. Edward Safir w/expressed permission/s/
K. Edward Safir
Ga. Bar No. 622149
Attorney for Chapter 13 Trustee
191 Peachtree Street
Suite 2200
Atlanta, GA 30303
404-525-1110

**Distribution List**

Mary I. Townson
Chapter 13 Trustee
191 Peachtree Street
Suite 2200
Atlanta, GA 30303

Amit Patel
Attorney for Debtor
Robert J. Semrad & Associates, LLc
101 Marietta Street
Suite 3600
Atlanta, GA 30303

Tim & Bessie Johnson
3312 Inns Brook Way
Snellville, GA  30039

Suntrust Mortgage, Inc.
303 Peachtree St. NE
36TH Floor
Atlanta, GA 30308-3201

Suntrust Mortgage, Inc.
1001 Semmes Ave
Richmond VA 23224

Suntrust Mortgage, Inc.
c/o Corporation Service Company
40 Technology Parkway
Suite 300
Norcross, GA 30092

Suntrust Mortgage, Inc.
c/o Steven P. Shriner, CEO
1001 Semmes Ave
Richmond VA 23224

Suntrust Mortgage, Inc.
c/o Jerome T. Lienhard, III, CFO
1001 Semmes Ave
Richmond VA 23224